UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN BOWMAN

    **Plaintiff,**

v.                                        Case No. 8:18-cv-1874-T-17AAS

SPECIALIZED LOAN SERVICING,
LLC, JAMES E. ALBERTELLI, P.A.,
d/b/a ALBERTELLI LAW and
ALBERTELLI LAW PARTNERS
VIRGIN ISLANDS, PLLC d/b/a ALAW,

    **Defendants.**
_____/

## ORDER

Karen Bowman moves for an entry of clerk's default under Federal Rule of Civil Procedure 55(a). (Doc. 13). Ms. Bowman claims James E. Albertelli, P.A. (Albertelli Law) and Albertelli Law Partners Virgin Islands, PLLC (ALaw) failed to respond to Ms. Bowman's complaint, which she served on the defendants on August 6, 2018. (Doc. 13-1).

Under Rule 55(a), when a defendant fails to "plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

Here, the same day Ms. Bowman moved for entry of clerk's default, attorneys Joshua D. Knight and Brandon S. Veseley jointly submitted a notice of appearance on behalf of Albertelli Law and ALaw. (Doc. 14). Albertelli Law and ALaw also submitted a motion to dismiss the same day. (Doc. 15). These actions establish

1

Albertelli Law and ALaw otherwise defended against Ms. Bowman's complaint. Therefore, Ms. Bowman's motion for entry of clerk's default (Doc. 13) is **DENIED**.

**ORDERED** in Tampa, Florida on August 28, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge